UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>VOLODYMYR MAHERAMOV,<br><br>　　　　　Defendant. | Case No. 11-402-BAT<br><br>**DETENTION ORDER** |

Offense charged:

　　Use of Altered Passport.

Date of Detention Hearing: August 30, 2011.

　　The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

　　Defendant immigrated to this country in 2005. He is not a citizen and has strong ties and relatives that live in the Ukraine. There is no immigration detainer on him and would thus be

DETENTION ORDER - 1

free to leave the country and return to the Ukraine. He has no ties here and no employment here. He traveled instead thousands of miles from Chicago to this district where he last lived. There is little information as to where he would live in Chicago and most of the information he provided the pretrial office is unverified.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 30th day of August, 2011.

BRIAN A. TSUCHIDA
United States Magistrate Judge